Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

PAUL ALSTON      1126
TINA L. COLMAN   8321
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:    palston@ahfi.com
tcolman@ahfi.com

Attorneys for Secured Creditor
LBUBS 2007-C2 ALII DRIVE, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| In re:<br><br>Anekona, LLC<br><br>          Debtor. | Case No. 09-01439 (RJF)<br>(Chapter 11)<br><br>**SECURED CREDITOR LBUBS 2007-C2 ALII DRIVE, LLC'S MOTION FOR DETERMINATION UNDER 11 U.S.C. § 362(d)(3) OF SINGLE ASSET REAL ESTATE STATUS; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF TINA L. COLMAN; CERTIFICATE OF SERVICE**<br><br>DATE: _____<br>TIME: _____<br>JUDGE:   Robert J. Faris |

**SECURED CREDITOR LBUBS 2007-C2 ALII DRIVE, LLC'S MOTION FOR DETERMINATION UNDER 11 U.S.C. § 362(d)(3) OF SINGLE ASSET REAL ESTATE STATUS**

Secured Creditor LBUBS 2007-C2 Alii Drive, LLC, by and through

its counsel, Alston Hunt Floyd & Ing, hereby moves this Honorable Court for an

order pursuant to 11 U.S.C. § 362(d)(3) determining that this case is a single asset real estate case.

This motion is made pursuant to 11 U.S.C. § 362(d)(3), Rule 9013 of the Federal Rules of Bankruptcy Procedure, and LBR 9013-1. This Motion is based upon the attached Memorandum in Support and is supported by the attached Declaration of Tina L. Colman, the exhibits attached thereto, and the records and files herein.

DATED: Honolulu, Hawai'i, July 2, 2009.

/s/ Tina L. Colman
PAUL ALSTON
TINA L. COLMAN

Attorneys for Secured Creditor
LBUBS 2007-C2 Alii Drive, LLC