Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

| | |
|---|---|
| PAUL ALSTON | 1126 |
| TINA L. COLMAN | 8321 |

American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail: palston@ahfi.com
tcolman@ahfi.com

Attorneys for Secured Creditor
LBUBS 2007-C2 ALII DRIVE, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| In re:<br><br>Anekona, LLC<br><br>      Debtor. | Case No. 09-01439 (RJF)<br>(Chapter 11)<br><br>**AMENDED NOTICE OF HEARING MOTION**<br><br>**[Re: Secured Creditor LBUBS 2007-C2 Alii Drive, LLC's Motion for Determination Under 11 U.S.C. § 362(d)(3) of Single Asset Real Estate Status]**<br><br>**OLD HEARING**<br>  DATE: August 17, 2009<br>  TIME: 2:00 P.M.<br>  JUDGE: ROBERT J. FARIS<br><br>**NEW HEARING**<br>  DATE: SEPTEMBER 2, 2009<br>  TIME: 2:00 P.M.<br>  JUDGE: ROBERT J. FARIS |

**AMENDED NOTICE OF HEARING MOTION**

TO:   ALL PARTIES IN INTEREST IN THE CERTIFICATE OF SERVICE

Please take notice that a hearing on Secured Creditor LBUBS 2007-C2 Alii Drive, LLC's Motion for Determination Under 11 U.S.C. § 362(d)(3) of Single Asset Real Estate Status, Filed July 2, 2009, has been scheduled for Wednesday, September 2, 2009, at 2:00 p.m., before the Honorable Robert J. Faris in the United States Courthouse, 1132 Bishop Street, Suite 250L, Bankruptcy Courtroom, Third Floor, Honolulu, Hawai'i.

DATED: Honolulu, Hawai`i, August 18, 2009.

/s/ Tina L. Colman
PAUL ALSTON
TINA L. COLMAN

Attorneys for Secured Creditor
LBUBS 2007-C2 Alii Drive, LLC