MOSELEY BIEHL TSUGAWA LAU & MUZZI
A HAWAII LIMITED LIABILITY LAW COMPANY

CHRISTOPHER J. MUZZI (6939)
Alakea Corporate Tower
1100 Alakea Street, 23rd Floor
Honolulu, HI 96813
Telephone: (808) 531-0490
Email: cmuzzi@hilaw.us

Bankruptcy Counsel to
Receiver Guido Giacometti

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re | Case No. 09-01439 (Chapter 11) |
|---|---|
| ANEKONA, LLC., | *Fourth Interim Hearing:* |
| Debtor. | Date: August 31, 2009<br>Time: 10:30 a.m.<br>Judge: Honorable Robert J. Faris |
| | Relates to Doc. No. 14 |

**SECOND AGREED ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL; (2) GRANTING ADEQUATE PROTECTION; (3) SCHEDULING FINAL HEARING ON USE OF CASH COLLATERAL; AND (4) AUTHORIZING FINAL USE OF CASH COLLATERAL**

This matter coming before the Court on the Emergency Motion for Orders: (1) Authorizing Interim Use of Cash Collateral; (2) Granting Adequate Protection and Superpriority Status; (3) Scheduling Final Hearing on Use of Cash

Collateral; and (4) Authorizing Final Use of Cash Collateral. filed by LBUBS 2007-C2 Alii Drive, LLC (the "Lender") [Dkt. # 14] (the "Lender's Motion"); the Court having been advised that the Debtor is currently using cash collateral in which Lender and Central Pacific Bank assert an interest in accordance with that certain Interim Order Authorizing Interim Use Of Cash Collateral; (2) Granting Adequate Protection; (3) Scheduling Final Hearing On Use Of Cash Collateral; And (4) Authorizing Final Use Of Cash Collateral; Exhibits A to C entered on July 14, 2009 [Dkt. # 45] (the "Interim Cash Collateral Order") and that certain Agreed Order Authorizing Interim Use Of Cash Collateral; (2) Granting Adequate Protection; (3) Scheduling Final Hearing On Use Of Cash Collateral; And (4) Authorizing Final Use Of Cash Collateral entered on August 18, 2009 (the "First Agreed Cash Collateral Order") [Dkt. # 126] (collectively, the "Final Cash Collateral Order"); the Court having been advised that pursuant to the terms of the Final Cash Collateral Order, the "Interim Period" (as defined therein) expires on August 31, 2009, which date Lender and Central Pacific Bank are willing to extend in accordance with the terms of this Order; the Court finds that there is good cause to grant relief as set forth herein.

IT IS HEREBY ORDERED THAT:

1. The Lender's Motion is entered and continued to September 30, 2009 at 2:00 p.m.

2. Decretal paragraph 2 of the Final Cash Collateral Order is hereby amended by deleting the text therein and inserting the following in lieu thereof:

> There is insufficient unencumbered cash or other assets with which to continue to operate Anekona's business in Chapter 11. Immediate authority to use Cash Collateral as defined herein is required in order to continue business operations without interruption toward the objective of protecting the value of the property. The use of Cash Collateral to the extent and on the terms and conditions set forth herein is necessary to avoid immediate and irreparable harm to the estate pending a final hearing. The amount of Cash Collateral authorized to be used pending a final hearing or entry of a final order is not to exceed the amounts reflected in the Debtor's budget, annexed hereto as Exhibit A, for the interim period through September 30, 2009 (the "Interim Period"); provided that Cash Collateral may be used in excess of the amounts reflected in the Debtor's budget upon the written consent of the Lender and Central Pacific Bank.

3. All references to the "budget" shall mean the budget attached hereto as Exhibit "A."

4. All other terms of the Final Cash Collateral Order shall remain in full force and effect.

5. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

In re Anekona, LLC, Chapter 11, Case No. 09-01439, SECOND AGREED ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL; (2) GRANTING ADEQUATE PROTECTION; (3) SCHEDULING FINAL HEARING ON USE OF CASH COLLATERAL; AND (4) AUTHORIZING FINAL USE OF CASH COLLATERAL

99999/5/69150.3    3

APPROVED AS TO FORM:


/s/ Tina L. Coleman
TINA L. COLMAN
Attorney for LBUBS 2007-C2 ALII DRIVE, LLC



/s/ Emma S. Matsunaga
EMMA S. MATSUNAGA
Attorney for CENTRAL PACIFIC BANK



/s/ Jerrold K. Guben
JERROLD K. GUBEN
Attorney for LRG REAL ESTATE LP



/s/ William H. Gilardy
WILLIAM H. GILARDY
Attorney for Debtor

APPROVED AS TO FORM:


/s/ Tina L. Coleman
TINA L. COLMAN
Attorney for LBUBS 2007-C2 ALII DRIVE, LLC



/s/ Emma S. Matsunaga
EMMA S. MATSUNAGA
Attorney for CENTRAL PACIFIC BANK



/s/ Jerrold K. Guben
JERROLD K. GUBEN
Attorney for LRG REAL ESTATE LP



_____
WILLIAM H. GILARDY
Attorney for Debtor



In re Anekona, LLC, Chapter 11, Case No. 09-01439, SECOND AGREED ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL; (2) GRANTING ADEQUATE PROTECTION; (3) SCHEDULING FINAL HEARING ON USE OF CASH COLLATERAL; AND (4) AUTHORIZING FINAL USE OF CASH COLLATERAL

**August & September Budgets**
Consolidated for Anekona LLC Properties

| INCOME | AUGUST BUDGET | SEPTEMBER BUDGET | |
|---|---|---|---|
| Base Rent | 68,487.00 | 68,146.00 | |
| Prepaid Rent | 0.00 | 0.00 | |
| Rent Credit | 0.00 | 0.00 | |
| Percentage Rent | 11,060.26 | 11,060.26 | |
| CAM | 19,906.03 | 22,100.00 | Aug budget plus 3 new tenants |
| CAM Restaurant | 1,204.39 | 1,204.39 | |
| Electric Reimbursement | 5,161.56 | 5,092.00 | |
| Janitorial Reimbursement | 273.73 | 273.73 | |
| Late Fees | 35.60 | 0.00 | |
| Miscellaneous Income | 0.00 | 0.00 | |
| Pads/Land Lease Income | 25,633.56 | 25,633.56 | |
| Pads CAM Reimbursement | 7,870.23 | 7,870.23 | |
| Parking | 600.00 | 600.00 | |
| Promo/Advertising Reimburse | 3,958.85 | 3,958.85 | |
| Refuse Disposal Reimbursement | 2,605.33 | 2,605.33 | |
| Security Service Reimbursement | 1,061.88 | 1,061.88 | |
| Vending Commission | 0.00 | 0.00 | |
| GET Collected | 6,531.60 | 5,882.94 | |
| **TOTAL INCOME** | **154,390.02** | **155,489.17** | |

| RECOVERABLE EXPENSE | | | |
|---|---|---|---|
| Janitorial | | | |
|   Janitorial Maintenance | 3,833.34 | 3,833.34 | |
|   Janitorial Supplies | 850.00 | 1,000.00 | "Deposit" against future billing |
|   TOTAL Janitorial | 4,683.34 | 4,833.34 | |
| | | | |
| Public Area, Parking & Security | | | |
|   Public Area Maintenance | 8,068.20 | 6,463.20 | |
|   Landscape-Tree Trimming | 0.00 | 7,293.00 | Contracted tree trimming |
|   Security Service | 7,462.00 | 7,462.00 | |
|   TOTAL Landscape, Park'g & Sec | 15,530.20 | 21,218.20 | |
| | | | |
| Repairs & Maintenance | | | |
|   Building Maintenance | 3,306.00 | 3,306.00 | |
|   Elevator Repair & Maintenance | 7,617.00 | 7,617.00 | |
|   Fire, Life, Safety | 0.00 | 192.71 | |
|   Parking Lot R & M | 0.00 | 0.00 | |
|   Plumbing | 0.00 | 0.00 | |
|   Refuse Disposal | 972.00 | 972.00 | |
|   Signs | 0.00 | 0.00 | |
|   TOTAL Repairs & Maintenance | 11,895.00 | 12,087.71 | |
| | | | |
| General & Administrative | | | |
|   Insurance Package | 0.00 | 5,585.54 | Monthly finance payment |
|   Land/Ground Lease - Gregory | 8,802.81 | 8,802.81 | |
|   Land/Ground Lease - LRG | 6,510.38 | 6,510.38 | |
|   Legal/Professional Fees | 0.00 | 0.00 | |
|   Management Fees | 7,500.00 | 7,500.00 | |

# EXHIBIT A

| RECOVERABLE EXPENSE (cont.) | | |
|---|---:|---:|
| Real Property Taxes | 65,889.99 | 0.00 |
| Emergency Elevator Telephone | 87.00 | 87.00 |
| TOTAL General & Administrative | 88,790.18 | 28,485.73 |
| | | |
| Additional CAM | | |
| Refuse Disposal-Addn'l | 4,644.87 | 4,644.87 |
| Security-Addn'l | 2,812.48 | 2,812.48 |
| TOTAL Additional CAM | 7,457.35 | 7,457.35 |
| | | |
| Utilities | | |
| Electricity | 8,084.00 | 8,084.00 |
| Propane | 380.74 | 380.74 |
| Sewer | 3,622.00 | 3,622.00 |
| Water | 8,076.12 | 8,076.12 |
| TOTAL Utilites | 20,162.86 | 20,162.86 |
| | | |
| **TOTAL RECOVERABLE EXPENSE** | **148,518.93** | **94,245.19** |
| | | |
| Advertising Expenses | | |
| Promotional Advertising | 500.00 | 500.00 |
| Television Advertising | 2,526.00 | 2,526.00 |
| TOTAL Advertising Expenses | 3,026.00 | 3,026.00 |
| | | |
| **OWNER EXPENSE** | | |
| General Excise Tax-NR | 5,868.00 | 5,868.00 |
| Leasing Commission | | |
| Humpy's | 42,890.00 | 42,890.00 |
| Tropical Frozen Yogurt | 2,504.00 | 0.00 |
| Claudia Hunlow | 1,158.00 | 0.00 |
| Kona Gear | 6,816.00 | 6,816.00 |
| Colors of Paradise | 1,652.00 | 0.00 |
| Legal/Professional Fees-NR | 46.00 | 1,545.80 | $1000 J&K; $25 Pref Dig Prints |
| Peter Piper - NOV | 10,000.00 | 6,303.00 | Balance of $10000 from Aug |
| Murar Engineering | 2,400.00 | 1,650.00 | Balance of $2400 from Aug |
| Receiver's Fees (6/26-7/31/09) | 10,450.00 | 10,450.00 | Aug fee carried over to Sept |
| Counsel for Receiver - Nicholson | 0.00 | |
| Counsel for Receiver - Muzzi | 0.00 | |
| Miscellaneous Expense-Owner | 0.00 | 0.00 |
| Owner Maintenance | | |
| Humpy's Termite Treatment | 4,500.00 | 4,500.00 |
| Humpy's Roof Repairs | 10,000.00 | 10,000.00 |
| Post Repair | 60,000.00 | 60,000.00 |
| Volleyball Court Sand | 0.00 | 17,693.00 |
| Repair Upper Railing & Rock Walls | 0.00 | 5,209.00 |
| Owner Improvements | 15,000.00 | 0.00 |
| Adequate Protect Pmt to Sec Lender | 60,000.00 | 60,000.00 |
| US Trustee Quarterly Fee | 0.00 | 325.00 |
| | | |
| **TOTAL OWNER EXPENSE** | **233,284.00** | **233,249.80** |
| | | |
| **TOTAL EXPENSE** | 384,828.93 | 327,494.99 |
| | | |
| **NET INCOME** | -384,828.93 | -327,494.99 |