Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

PAUL ALSTON    1126-0
TINA L. COLMAN  8321-0
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:    palston@ahfi.com
           tcolman@ahfi.com

Attorneys for Secured Creditor
LBUBS 2007-C2 ALII DRIVE, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| In re:<br><br>Anekona, LLC<br><br>        Debtor. | Case No. 09-01439 (RJF)<br>(Chapter 11)<br><br>**NOTICE OF FINAL HEARING RE *MOTION FOR RELIEF FROM AUTOMATIC STAY*, FILED AUGUST 5, 2009**<br><br>**<u>New Hearing Date:</u>**<br>Date:   October 5, 2009<br>Time:   9:30 a.m.<br>Judge:  Robert J. Faris<br><br>**[Related to Doc. No. 109]** |

722058-1/9387-1

**NOTICE OF FINAL HEARING RE *MOTION FOR RELIEF FROM AUTOMATIC STAY*, FILED AUGUST 5, 2009**

TO: THE DEBTOR, UNITED STATES TRUSTEE AND OTHER INTERESTED PARTIES LISTED ON THE ATTACHED CERTIFICATE OF SERVICE:

PLEASE TAKE NOTICE that a final hearing on *Secured Creditor LBUBS 2007-C2 Alii Drive, LLC's Motion for Relief from Automatic Stay*, filed August 5, 2009, is scheduled for October 5, 2009, at 9:30 a.m., before the Honorable Robert J. Faris, United States Bankruptcy Judge, in his courtroom in the United States Bankruptcy Court, 1132 Bishop Street, Suite 250L, Honolulu, Hawai`i, or as soon thereafter as counsel can be heard.

The automatic stay remains in effect.

DATED: Honolulu, Hawai`i, September 3, 2009.

/s/ Tina L. Colman
PAUL ALSTON
TINA L. COLMAN

Attorneys for Secured Creditor
LBUBS 2007-C2 Alii Drive, LLC